```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 1 MAY 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JEANCARLO HIDALGO, Individually and on
Behalf of All Other Persons Similarly Situated,

                CASE NO. 11 cv 00611 (LTS)

              Plaintiff,

                (LTS) (JCF)

        - against -

                STIPULATION OF DISMISSAL
520 HAPPY TIMES, INC., a/k/a             WITH PREJUDICE
HOUNDSTOOTH PUB, KEVIN MCKENNA,
DAVID RENEHAN & NICK COHEN,
jointly and severally,

            Defendants.
------------------------------------------------------------ X

       IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned attorneys, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action be dismissed, with prejudice and on the merits, without costs or attorneys' fees to any party.

LAW OFFICES OF JUSTIN ZELLER

_____
Justin A. Zeller, Esq.
277 Broadway, Suite 408
New York, NY 10007
Telephone: (212) 229-2249
Fax: (212) 229-2246
Email: jazeller@zellerlegal.com

Attorneys for Plaintiff

WINSTON & STRAWN LLP

_____
Stephen L. Sheinfeld, Esq.
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700
E-mail: ssheinfeld@winston.com

Attorneys for Defendants

SO ORDERED:

_____
U.S.D.J.

May 11, 2011
Date